GEORGE MUENCH, Respondent, *v.* STEEL AND MASONRY CONTRACTING COMPANY, Appellant.

*Muench* v. *Steel & Masonry Contracting Co.*, 155 App. Div. 409, affirmed.

(Argued March 8, 1916; decided March 24, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The complaint alleges that plaintiff was injured by the breaking of a guy rope on a hoisting apparatus then being used in the construction of the subway. When the guy rope broke, the gin pole hoist fell, and plaintiff, who was standing on a steel girder, was struck by one of the wire guys and knocked off the girder to the bottom of the subway.

*Hector M. Hitchings* for appellant.

*Thomas J. O'Neill* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.